MORRISON et al. v. UNITED STATES.

WOLFF et al. v. SAME.

(Circuit Court, S. D. New York. December 9, 1896.)

1. CUSTOMS DUTIES—CLASSIFICATION—GLASS BEADS.
Glass beads, strung, and glass ornaments, similar to beads, but without holes for stringing, are dutiable as manufactures of glass, under paragraph 108 of the tariff act of 1890, and not under paragraph 445, as glass beads, loose, unthreaded or unstrung.

2. SAME—IMITATIONS OF PEARLS.
Imitations of pearls, consisting of hollow glass beads with wax inserted, giving an appearance like pearls, strung, and not capable of being set, are dutiable as manufactures of glass, under paragraph 108 of the tariff act of 1890, and not under paragraph 454, as "imitations of precious stones, composed of paste or glass, not set."

These were appeals by Morrison & Son and Wolff & Co. from a decision of the board of general appraisers, sustaining the classification, by the collector of the port of New York, of certain glass ornaments imported by the appellants.

Comstock & Brown, for plaintiffs.

James T. Van Rensselaer, Asst. U. S. Atty.

WHEELER, District Judge. The tariff act of 1890, by paragraph 108, provides for a duty of 60 per cent. on "thin blown glass * * * and all other manufactures of glass, or of which glass shall be the component material of chief value, not specially provided for"; by paragraph 445 for a duty of 10 per cent. on "glass beads, loose, unthreaded or unstrung"; and by paragraph 454 for a duty of 10 per cent. on "imitations of precious stones composed of paste or glass, not exceeding one inch in dimensions, not set." There is no mention of beads strung. These importations are of variegated glass beads, strung; similar glass ornaments without holes for stringing; black glass beads, sometimes called "nail heads," unstrung; and hollow glass beads, with wax inserted, giving an appearance like pearl, strung. They have all been classified as manufactures of glass, under paragraph 108, against protests referring to paragraphs 445 and 454. The classification of the black glass beads unstrung is, upon the evidence, conceded to be erroneous. Beads unstrung are impliedly beads capable of being strung; and the ornaments without holes for stringing are not such. The variegated beads strung are manufactures of glass, and, as they were not specially provided for,

were properly classified. The wax beads, although they may be imitations of pearls, as precious stones, are not composed of glass or paste, but glass and wax, and the wax is what, if anything, constitutes the imitation. And imitations of precious stones, unset, are impliedly imitations capable of being set, which these beads are not. Decision of general appraisers reversed as to black glass beads, and affirmed as to the residue.